# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Caputo, A. Richard | 2. Court or Organization  U.S. Dist. Ct. M.D. of PA | 3. Date of Report  5/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  235 North Washington Avenue P.O. Box 1246 Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]　NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]　NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]　NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ███ Trust | C | Dividend | N | T | | | | | |
| 2. - Acco Brands Corp. (spinoff from Fortune Brand) Common Stk | | | | | | | | | |
| 3. - Allergan Inc. - Common Stk | | | | | | | | | |
| 4. - Altria Group Inc. - Common Stk | | | | | Sold | 2/2 | J | C | |
| 5. - Burlington Resources - Common Stk | | | | | Buy | 11/16 | J | | |
| 6. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 7. - Citigroup Inc. - Common Stk | | | | | Buy | 11/16 | J | | |
| 8. - CarnivalCorp.k/n/a Carnival CP New Paired - Common Stk | | | | | | | | | |
| 9. - Cendant Corp. - Common Stk | | | | | | | | | |
| 10. - Chico's FAS Inc. - Common Stk | | | | | Partial Sale | 5/23 | J | C | |
| 11. | | | | | Partial Sale | 8/4 | J | C | |
| 12. - Cooper COS Inc. - Common Stk | | | | | | | | | |
| 13. - Conoco Phillips - Common Stk | | | | | Partial Sale | 11/16 | J | C | |
| 14. - Cisco Sys. Inc. - Common Stk | | | | | | | | | |
| 15. - Chevron n/k/a Chevron Texaco Corp. - Common Stk | | | | | Sold | 6/29 | J | C | |
| 16. - Dominion Res. Inc. VA NEW - Common Stk | | | | | | | | | |
| 17. - Dow Chemical Co. - Common Stk | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 18. - Dow Chemical Co. - Common Stk | | | | | Buy | 11/16 | J | | | |
| 19. - Fortune Brands Inc. - Common Stk | | | | | Buy | 2/2 | J | | | |
| 20. - General Electric Company - Common Stk | | | | | | | | | | |
| 21. - Goldman Sachs Group Inc. - Common Stk | | | | | Buy | 11/16 | J | | | |
| 22. - Harley Davidson Inc. - Common Stk | | | | | Sold | 12/13 | J | D | | |
| 23. - Ingersoll Rand Company Ltd Class A - Common Stk | | | | | | | | | | |
| 24. - Johnson & Johnson - Common Stk | | | | | | | | | | |
| 25. - LPL Premier Money Market Shares | | | | | | | | | | |
| 26. - Microsoft Corp - Common Stk | | | | | | | | | | |
| 27. - Plantronics Inc. - Common Stk | | | | | Buy | 5/23 | J | | | |
| 28. | | | | | Buy | 6/29 | J | | | |
| 29. - Panera Bread Company - Common Stk | | | | | Buy | 11/16 | J | | | |
| 30. - PHH Corporation (spinoff from Cendant Corp) - Common Stk | | | | | Sold | 11/16 | J | A | | |
| 31. - SCP Pool Corp. - Common Stk | | | | | | | | | | |
| 32. - SCP Pool Corp. - Common Stk | | | | | Buy | 2/2 | J | | | |
| 33. - Symantec Corp. - Common Stk | | | | | | | | | | |
| 34. - Symantec Corp. - Common Stk | | | | | Buy | 6/29 | J | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

**SEE ACCOUNTANTS' COMPILATION REPORT**

| | | |
|---|---|---|
| **Name of Person Reporting** | | **Date of Report** |
| Caputo, A. Richard | | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1 | B | Dividend | M | T | | | | | |
| 36. - Allergan Inc. - Common Stk | | | | | Sold | 8/19 | J | A | |
| 37. - Bristol Myers Squibb Co. - Common Stk | | | | | | | | | |
| 38. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 39. - Cendant Corp. - Common Stk | | | | | | | | | |
| 40. - Chico's FAS Inc. - Common Stk | | | | | Partial Sale | 5/23 | J | C | |
| 41. | | | | | Partial Sale | 8/4 | J | C | |
| 42. - Cooper COS Inc. NEW - Common Stk | | | | | | | | | |
| 43. - Carlisle Companies Inc. - Common Stk | | | | | | | | | |
| 44. - Dupont E.I. De Nemour & Company - Common Stk | | | | | | | | | |
| 45. - Dell Inc. - Common Stk | | | | | | | | | |
| 46. - Google Inc. - Common Stk | | | | | Buy | 8/19 | J | | |
| 47. | | | | | Partial Sale | 12/6 | J | C | |
| 48. | | | | | Sold | 12/23 | J | C | |
| 49. - Harley Davidson Inc.- Common Stk | | | | | Sold | 12/8 | J | | |
| 50. - Ishares Tr NASDAQ Biotech Index Fund | | | | | | | | | |
| 51. - JDS Uniphase Corp. - Common Stk | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Lucent Technologies Inc. - Common Stk | | | | | | | | | |
| 53. - Leucadia National Corp. - Common Stk | | | | | | | | | |
| 54. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 55. - Precision Castparts Corp. - Common Stk | | | | | Partial Sale | 12/6 | J | D | |
| 56. - Pfizer Incorporated - Common Stk | | | | | | | | | |
| 57. - PHH Corporation (spinoff from Cendant Corp) - Common Stk | | | | | | | | | |
| 58. - Plantronics Inc. - Common Stk | | | | | Buy | 6/16 | J | | |
| 59. - Sirius Satellite Radio Ind. - Common Stk | | | | | | | | | |
| 60. - Symantec Corp. - Common Stk | | | | | | | | | |
| 61. - Wheeling Pittsburgh Corp. - Common Stk | | | | | Buy | 12/28 | J | | |
| 62. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 63. - Whole Foods Market Inc. - Common Stk | | | | | Buy | 12/16 | K | | |
| 64. - LPL Premier Money Market Shares | | | | | | | | | |
| 65. Eastern Penn PA S.D. Bond | B | Interest | L | T | | | | | |
| 66. Great Valley S.D. PA Bond | B | Interest | K | T | | | | | |
| 67. Pennsylvania State HEFA Hlt Svcs Bond | B | Interest | K | T | | | | | |
| 68. PA State B/E Turnpike Comm. Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Discover Bank Greenwood De Certificate of Deposit | A | Interest | K | T | Buy | 5/4 | K | | |
| 70. LPL Premier Money Market Shares | A | Dividend | J | T | | | | | |
| 71. IRA #2 | A | Dividend | J | T | | | | | |
| 72. - Google Inc. - Common Stk | | | | | Buy | 11/18 | J | | |
| 73. | | | | | Sold | 12/23 | J | A | |
| 74. - LPL Premier Money Market Shares | | | | | | | | | |
| 75. - Standard & Poors Dep Rcpts B/E | | | | | Sold | 11/18 | J | A | |
| 76. - Whole Foods Market Inc. - Common Stk | | | | | Buy | 12/23 | J | | |
| 77. Pfizer Inc. - Common Stk | A | Dividend | | | Sold | 12/30 | J | | |
| 78. Wachovia Corp. - Common Stk | D | Dividend | N | T | | | | | |
| 79. Direct TV Group Inc. - Common Stk | A | Dividend | J | T | | | | | |
| 80. News Corp. Class A - Common Stk | A | Dividend | J | T | | | | | |
| 81. LPL Premier Money Market Shares | B | Dividend | K | T | | | | | |
| 82. Wheeling Pittsburgh Corp. - Common Stk | A | Dividend | J | T | Buy | 12/30 | J | | |
| 83. Amcore Bank N.A. Certificate of Deposit | B | Interest | | | Redemption | 3/23 | L | | |
| 84. Capital Crossing Bank Certificate of Deposit | B | Interest | | | Redemption | 3/23 | L | | |
| 85. Community Bank Certificate of Deposit | B | Interest | | | Redemption | 10/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Discover Bank Greenwood Certificate of Deposit | A | Interest | K | T | Buy | 5/4 | K | | |
| 87. Federal Trust Bank Certificate of Deposit | B | Interest | L | T | | | | | |
| 88. Greenville First Bank N.A. Certificate of Deposit | B | Interest | | | Redemption | 10/20 | L | | |
| 89. Irwin Union Bank & Trust Certificate of Deposit | A | Interest | L | T | Buy | 10/14 | M | | |
| 90. Mercantile Bank West Michigan Certificate of Deposit | B | Interest | L | T | | | | | |
| 91. Line Mountain PA Municipal Bond | B | Interest | K | T | | | | | |
| 92. Lehigh County PA IDA Municipal Bond | B | Interest | K | T | | | | | |
| 93. Northampton PA ASD Municipal Bond | B | Interest | L | T | | | | | |
| 94. Westmont Hilltop PA Municipal Bond | C | Interest | L | T | | | | | |
| 95. ▮cres vacant land - Orange County, Florida | | None | M | W | Partial Sale | 11/4 | K | D | WSG Coral Springs, L.P. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

SEE ACCOUNTANTS' COMPILATION REPORT

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 1 - ███ Trust - Information reported, as in prior years, represents 100% of the trust assets. However, the ███████████ is one of three beneficiaries who share equally in the trust.

Part VII - Lines 25, 64, 70, 74, 81 - LPL Premier Money Market Shares is a cash account that is used to hold funds until investment assets are purchased. As such, there are multiple purchase and sale transactions during the year, however, there is never a gain or loss.

Part VII - Line 95 - Orange County, Florida property - The ███████████ is one of three individuals who owned the property in equal shares. The sale information that has been reported represents the ███████████ only.

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 2, 2006_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SEE ACCOUNTANTS' COMPILATION REPORT

# PARENTE RANDOLPH

*The Power of Ideas*

## ACCOUNTANTS' COMPILATION REPORT

The Honorable A. Richard Caputo
United States District Court
Scranton, Pennsylvania:

We have compiled the financial disclosure report of the Honorable A. Richard Caputo as of December 31, 2005, included in the accompanying prescribed form in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  We have also compiled the additional information presented in the financial disclosure report.

Our compilation was limited to presenting in the form prescribed by The Committee on Financial Disclosure, Administrative Office of the United States Courts information that is the representation of the individual whose financial disclosure report is presented. We have not audited or reviewed the financial disclosure report and the additional information referred to above and, accordingly, do not express an opinion or any other form of assurance on it.

The financial disclosure report and the additional information are presented in accordance with the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, which differ from generally accepted accounting principles.  Accordingly, this financial disclosure report is not designed for those who are not informed about such differences.

Except as prescribed by the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, this financial disclosure report is intended to present the assets of The Honorable A. Richard Caputo at estimated current values and liabilities at estimated current amounts.

The report is intended solely for the information and use of the Honorable A. Richard Caputo and The Committee on Financial Disclosure, Administrative Office of the United States Courts, and is not intended to be, and should not be, used by anyone other than these specified parties.



Wilkes-Barre, Pennsylvania
April 25, 2006